UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1129 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP WEISS,<br><br>Defendant. | ) | **REPORT AND RECOMMENDATION AND ORDER FOR SANCTIONS** |

This matter comes before the Court on Motion of the United States for a Report and Recommendation to the District Court that defendant's answer be stricken and default judgment be entered in favor of the United States as a sanction for failure to comply with discovery and with this Court's May 7, 2001, Order. Mary Trippler, Assistant United States Attorney, appears for the United States.

Based upon the briefs and arguments of counsel and all the files, records and proceedings herein,

IT IS HEREBY RECOMMENDED that defendant's answer be stricken and that default judgment be entered in favor of the United States and against defendant Phillip Weiss in the principal sum of $1,635.28 in principal, plus prejudgment interest to January 8, 1999, in the amount of $2,275.03, additional prejudgment interest at the rate of 9% per annum from January 8, 1999, to the date of entry of judgment, collection costs of $87.00, costs

FILED JUN 2 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________

pursuant to 28 U.S.C. § 2412 in the amount of $150.00, postjudgment interest at the legal rate and $200.00 as a sanction for failure to comply with the rules of discovery and with this Court's May 7, 2001, Order.

Dated: June 28, 2001

Franklin L. Noel, Magistrate Judge
United States District Court