UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1129 JMR/FLN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **ORDER** |
| PHILLIP WEISS, Defendant. | ) | |

This matter comes before the Court on the Report and Recommendation of the Honorable Franklin L. Noel that defendant's answer be stricken and that default judgment be entered in favor of the United States for defendant's failure to adhere to the Court's May 7, 2001, Order. Mary L. Trippler, Assistant United States Attorney, appears for the United States.

Based upon the Report and Recommendation and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that defendant be immediately found in civil contempt of court without further hearing or testimony, that defendant's answer be stricken, and that default judgment be entered in favor of the United States and against defendant Phillip Weiss in the principal sum of $1,635.28, plus prejudgment interest to January 8, 1999, in the amount of $2,275.03, collection costs in the amount of $87.00, together with additional prejudgment interest at the rate of 9% per annum from January 8, 1999, until the date judgment is entered, postjudgment interest at the legal rate, costs

FILED JUL 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUL 24 2001
DEPUTY CLERK

the amount of $150.00 pursuant to 28 U.S.C. § 2412, and $200.00 as a sanction for failure to comply with a discovery order dated May 7, 2001.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 23, 2001

JAMES M. ROSENBAUM, Judge
United States District Court

**Please forward this announcement to the recipient of this fax.**

---

UNITED STATES DISTRICT COURT DISTRICT OF MINNESOTA

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500