UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1129 JMR/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP WEISS,<br><br>Defendant,<br><br>and<br><br>WELLS FARGO BANK,<br><br>Garnishee. | APPLICATION FOR WRIT OF GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Garnishment upon the judgment entered against the above-named defendant, Phillip Weiss, Social Security Number, XXX-XX-9056, with the last known address of 25110 Hwy 169, Zimmerman, MN 55398-9008.

The judgment was entered on July 24, 2001, for Student Loan defaults. The judgment was entered in the amount of $4,616.71, plus interest and costs.

As of September 13, 2004, after applying payments, if any, the balance on this judgment debt was $2,901.45 in principal, plus interest and costs and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from September 13, 2004, at a rate of 3.6% per annum.

SCANNED
SEP 1 7 2004
U.S. DISTRICT COURT MPLS

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Wells Fargo Bank, 407 Pine Street, Monticello, MN 55362

Dated: September 13, 2004

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600

**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*(612)664-5600*

September 13, 2004

The Honorable Franklin L. Noel
United States Magistrate Judge
9W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RECEIVED
SEP 14 2004
U.S. DISTRICT COURT
F.L.N.

RE: United States v. Phillip Weiss
Civil No. 00-1129 JMR/FLN

Dear Magistrate Judge Noel:

Enclosed for review by you and the Clerk of Court, relative to the above-referenced case, please find the Government's Application for Writ of Garnishment, Writ of Garnishment, Claim for Exemption Form and Clerk's Notice of Post-Judgment Garnishment.

As soon as we receive the Writ, authorized by you and executed by the Clerk of Court, and the Notice, executed by the Clerk of Court, we will ask the U.S. Marshal's Office to personally serve the garnishee and the debtor with the appropriate documents.

We are providing you with these documents because the Federal Debt Collection Procedures Act indicates that the Magistrate Judges may be given the authority to handle all procedures under the Act. See 28 U.S.C. §3008.

If you have any questions or concerns relative to this procedure, please contact me at 664-5600.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

Mary Trippler By JAS

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887

Enclosures