UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1129 JMR/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP WEISS,<br><br>Defendant,<br><br>WELLS FARGO BANK,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant has no interest in the funds in the Wells Fargo bank account.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment is hereby released.

Dated:October 8, 2004

*S/ Franklin L. Noel*
Magistrate Judge
United States District Court