U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

PLAINTIFF: United States

COURT CASE NUMBER: 00-1129 JMR/FLN

DEFENDANT: Phillip Weiss

TYPE OF PROCESS: Garnishment

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Wells Fargo Bank

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 407 Pine Street, Monticello, MN 55362

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Number of process to be served with this Form - 285: 1

Number of parties to be served in this case: 1

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

Fold

Serve Garnishee First

Fold

Signature of Attorney or other Originator requesting service on behalf of: Jessica Scott

☒ PLAINTIFF ☐ DEFENDANT

TELEPHONE NUMBER: 612-664-5662

DATE: 9/20/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | Nancy Schmidt | 9/22/04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: Rita Clement, Administrative Assistant Wells Fargo

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*:

Date of Service: 10-7-04

Time: 11:50 am

Signature of U.S. Marshal or Deputy: Tom G.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 90- | 28.50 | | 118.50 | | | |

REMARKS: 10-7-04: 1 DUSM personally served Rita Clement, a person delegated by Wells Fargo to accept process. Start 11:00 am. End 12:30 p.m. T.G.

SCANNED
OCT 29 2004
U.S. DISTRICT COURT MPLS

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| | |
|---|---|
| PLAINTIFF: United States | COURT CASE NUMBER: 00-1129 JMR/FLN |
| DEFENDANT: Phillip Weiss | TYPE OF PROCESS: Garnishment |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Phillip Weiss

**AT** ADDRESS (*Street or RFD, Apartment No., City, State and ZIP Code*): 25110 Hwy 169, Zimmerman, MN 55398

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorneys office
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN ~~55124~~ 55415

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Serve Defendant Last

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Jessica Scott | [X] PLAINTIFF ☐ DEFENDANT | 612-664-5662 | 9/20/04 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | Nancy Schmidt | 9/22/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | |
|---|---|
| HOLLY PHYLE (DAUGHTER IN LAW) 8/23/82 | [X] A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (*complete only if different than shown above*) | Date of Service: 11/26/04 — Time: 1634 am/pm (pm) |
| | Signature of U.S. Marshal or Deputy: [signature] 3961 |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45- | | | 45- | | | |

REMARKS: SPOKE WITH PHILLIP WEISS ON THE PHONE AND HE SAID TO LEAVE THE PAPERS WITH HOLLY PHYLE AND THAT HE WOULD GET THEM FROM HER LATER.

SCANNED
OCT 29 2004
U.S. DISTRICT COURT MPLS

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**